## Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
RICHARD W. STONE II
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
VAL E. WAMSER †
LINDA D. LIN ◊

JAMES E. MORRIS ∆†
JEFFREY BINKLEY
KRISTEN L. TEATOM †

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

\* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND
□ ALSO ADMITTED IN CONNECTICUT

NEW JERSEY OFFICE

505 MAIN STREET, SUITE 106
HACKENSACK, NJ 07601-5928
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

May 12, 2014

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE:   *Fireman's Fund Insurance et al. v. Great American Insurance et al.*
　　　 Second Circuit Docket No. 14-1346-CV
　　　 Our File No.:   42000055

Dear Ms. O'Hagan Wolfe:

　　　　　We represent the Plaintiffs-Appellants Fireman's Fund Insurance Company, One Beacon Insurance Company, National Liability And Fire Insurance Company and QBE Marine & Energy Syndicate 1036 in connection with above-referenced appeal. Pursuant to Rule 31.2(a)(1)(A) of the Local Rules of the Court of Appeals for the Second Circuit, Plaintiffs-Appellants respectfully request **August 11, 2014**, as the deadline for Appellants' Brief.

　　　　　This scheduling request is timely because it has been filed within fourteen days of the Appellants' filing of the certificate that no transcript will be ordered (*see* R. Doc. 10).

May 12, 2014
Re: *Fireman's Fund Insurance et al. v. Great American Insurance et al.*
Docket No. 14-1346-CV
Page 2

Thank you for your consideration of the foregoing.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By:     *s/ John A. V. Nicoletti*

John A.V. Nicoletti

JAVN/WMF/s/mar

cc: **VIA ECF**

George Richard Zacharkow, Esq.
Stephen J. Galati, Esq.
MATTIONI, LTD.
*Attorneys for Defendant-Appellee Great American Insurance Company of New York*
399 Market Street, 2nd Floor
Philadelphia, Pennsylvania 19106

Stephen D. Straus, Esq.
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
*Attorneys for Defendant-Appellee Max Specialty Insurance Company*
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Stephen Patrick Kyne, Esq.
BURKE & PARSONS
*Attorneys for Defendant-Appellee Signal International, LLC*
100 Park Avenue, 30th Floor
New York, New York 10017