## BURKE & PARSONS
COUNSELORS AT LAW
100 PARK AVENUE
NEW YORK NY 10017-5533

TELEPHONE + 1 212 354 3800
www.burkeparsons.com

June 5, 2014

United States Court of Appeals, 2nd Circuit
Clerk of the Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York NY 10007

        Re:  Fireman's Fund Insurance Co., *et al.*
     v. Great American Insurance Co. of New York, *et al.*
              Docket No. 14-1346
                Our Ref:  9198

Gentlemen:

    Pursuant to our telephone conversation this morning with Case Manager Jason Wang, we, on behalf of Signal International, LLC, confirm that Signal International, LLC will not participate in this proceeding.  We respectfully request that the Court remove the designation of Signal International, LLC as an "Appellee."

                                  Very truly yours

                                  BURKE & PARSONS

                                  Attorneys for Signal International, LLC

                                  Stephen P. Kyne
                                  kyne@burkeparsons.com

0028_S00.DOCX