# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

Fireman's Fund Insurance Company, *et al.*,
    Plaintiff-Counter-Defendant-Appellants,

  v.

Great American Insurance Company of New York,
Max Specialty Insurance Company,
    Defendants-Cross-Defendants-
    Counter-Claimants-Appellees,

  v.

Signal International, LLC,
    Defendant-Cross-Defendant-Cross-Claimant -
    Appellant.

**ORDER**
Docket No. 14-1346 (L);
    14-2516 (con.)

_____

Signal International, LLC, moves to extend, through October 28, 2014, the time in which all Appellants' briefs must be filed.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

