United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 25, 2014
Docket #: 14-1346cv
Short Title: Fireman's Fund Insurance v. Great American Insurance

DC Docket #: 10-cv-1653
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cott
DC Judge: Oetken

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8541.