

YOUR APPELLATE PARTNER

October 28, 2014

Clerk of the Court
US Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Attention:    Jason Wang
                Case Manager

Re:    *Fireman's Fund Insurance, et al. v. Great American Insurance, et al*
        Docket Nos.: 14-1346(L), 14-2516(CON), 14-3079(CON)

Dear Mr. Wang:

We are assisting the law firm of Nicoletti Hornig & Sweeney with the filing of the Joint Appendix in the above matter.

Please be advised that the ECF filing of the Joint Appendix contains "sub-numbered" pages in the following volumes, as follows:

- Volume 21 contains pages numbered A-5921 to A-5963.242
- Volume 22 contains pages numbered A-5963.243 to A-5963.528
- Volume 23 contains pages numbered A-5963.529 to A-5963.814
- Volume 24 contains pages numbered A-5963.815 to A-6234

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Luigi Scopino
AppealTech