# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand and fifteen.

Before:     Ralph K. Winter,
                 *Circuit Judge*.

_____

Fireman's Fund Insurance Company, One Beacon Insurance Company, National Liability and Fire Insurance Company, QBE Marine & Energy Syndicate 1036,

Plaintiffs-Counter-Defendants-Appellants-Cross-Appellees,

v.

Great American Insurance Company of New York,

Defendant-Cross-Defendant-Counter-Claimant-Appellee,

Max Specialty Insurance Company,

Defendant-Cross-Defendant-Counter-Claimant-Appellee,

v.

Signal International, LLC,

Defendant-Cross-Defendant-Cross-Claimant-Appellant-Cross-Appellee.

_____

ORDER
Docket Nos.   14-1346(L)
                  14-2516(Con)

Appellee Max Specialty Insurance Company moves for an extension of time until January 29, 2015 to file its brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

